denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Sotomayor took no part in the consideration or decision of this motion.

Same case below, 353 Fed. Appx. 621.

**No. 10-5328. Chitunda Tillman, Sr., Petitioner v. New Line Cinema, et al.**

562 U.S. 824, 131 S. Ct. 385, 178 L. Ed. 2d 20, 2010 U.S. LEXIS 6547.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. The Chief Justice took no part in the consideration or decision of this motion.

Same case below, 374 Fed. Appx. 664.

**No. 10-5334. Emajo Mayberry and Carol A. Clopton, Petitioners v. Lisa P. Jackson, Administrator, Environmental Protection Agency.**

562 U.S. 824, 131 S. Ct. 385, 178 L. Ed. 2d 20, 2010 U.S. LEXIS 6556.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 366 Fed. Appx. 907.

**No. 10-5350. Miguel Rodriguez-Ayala, Petitioner v. American Express Travel Related Services Company, Inc.**

562 U.S. 824, 131 S. Ct. 385, 178 L. Ed. 2d 20, 2010 U.S. LEXIS 6190.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-5432. John McCord, et ux., Petitioners v. Alabama.**

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 20, 2010 U.S. LEXIS 6687.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 364 Fed. Appx. 590.

**No. 10-5567. Sharon Murray, Petitioner v. AT&T Mobility LLC.**

562 U.S. 824, 131 S. Ct. 386, 178 L. Ed. 2d 20, 2010 U.S. LEXIS 6610.

October 4, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 25, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 374 Fed. Appx. 667.